IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS ROMAN, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, <br><br> *Plaintiff(s)*, <br><br> v. <br><br> JAMES MELKA LANDSCAPING AND MAINTENANCE, INC. and JAMES MELKA, Individually, <br><br> *Defendants.* | ) ) ) ) ) ) ) Court No.: 1:15-CV-07366 ) ) ) ) ) ) ) ) |

**REVISED OFFER OF JUDGMENT
PURSUANT TO FED.R.CIV.P. 68**

To: John William Billhorn
BILLHORN LAW FIRM
53 West Jackson Boulevard
Chicago, IL 60604
312-853-1450
Email: jbillhorn@billhornlaw.com

Meghan A. VanLeuwen
FARMWORKER & LANDSCAPER ADVOCACY PROJECT
33 N. LaSalle Street, Ste. 900
Chicago, IL 60602
Email: mvanleuwen@flapillinois.org

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, James Melka Landscaping and Maintenance, Inc. and James Melka, Individually (collectively "Defendants") hereby offer to allow judgment to be entered against them in this action for:

1. Compensatory and statutory damages in the amount of $5,200.00, less applicable statutory wage deductions.

2. Reasonably attorneys' fees, litigation expenses and costs of suit incurred by Plaintiff in relation to this case in the amount of $8,475.00.

3. Total: **$13,675.00**.

Defendants make this offer more than ten days prior to trial. This offer of judgment is made for the purposes specified in Fed.R.Civ.P.68, and shall not be construed as either an admission that Defendants are liable in this action or that Plaintiff has suffered any damage. This offer of judgment is intended to resolve all of Plaintiffs' claims in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses and costs of suit. This offer of judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine the reasonableness hereof.

This offer remains open and irrevocable for ten days after service on January 21, 2016. If Plaintiff does not accept this offer with ten days after service, the Defendants' offer shall be withdrawn.

DATED: January 11, 2015            Respectfully submitted,

By:   /s/ Misty R. Martin
*One of the Attorneys for Defendants James Melka Landscaping and Maintenance, Inc. and James Melka, Individually*

Kevin Bugos (6242605)
Misty R. Martin (6284999)
SEGAL MCCAMBRIDGE SINGER & MAHONEY, Ltd.
Willis Tower, 233 S. Wacker Drive, Suite 5500
Chicago, Illinois 60606
Tel: (312) 645-7800
Fax: (312) 645-7711

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the Defendants hereby certifies that, on January 11, 2015, true and correct copies of the foregoing **Offer of Judgment** were served upon Plaintiff, through their counsel of record via electronic mail with the address registered with this court's Electronic Mail Notice List.


By: */s/ Misty R. Martin*
Misty R. Martin